# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RUBLE L. HECK,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-1144-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

# ORDER

This case is before the Court on Defendant's Motion for Entry of Judgment on Remand (Doc. No. 22) filed April 13, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Opposition to Remand filed by Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 19, 2010 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Entry of Judgment on Remand (Doc. No. 22) is **GRANTED**.

3. Judgment is hereby entered in favor of Plaintiff, reversing the administrative decision, and remanding this matter for additional proceedings and findings.

4. The Clerk is directed to enter judgment as set forth above and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6th___ day of May, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge